IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil No. 1:11-cv-139

| | | |
|---|---|---|
| SYNOVUS BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ENTRY OF DEFAULT** |
| | ) | |
| SONJA DENSON, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the undersigned on the Motion for Entry of Default by Plaintiff Synovus Bank ("Bank") against Defendant Sonja Denson ("Denson").

It appears from the record that the Bank filed its Complaint and that a Summons was issued on June 8, 2011, that Denson was served with a copy of the Summons, together with a copy of the Complaint, on June 13, 2011, that Denson has failed to plead or otherwise defend, and that default should be entered pursuant to Rule 55(a) of the Rules of Civil Procedure.

IT IS THEREFORE ORDERED THAT the Bank's Motion for Entry of Default is **GRANTED** and default is hereby entered against Defendant Sonja Denson.

Signed: July 18, 2011

Frank G. Johns, Clerk
United States District Court