IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11 cv 139

| | | |
|---|---|---|
| **SYNOVUS BANK,** | ) | |
| Plaintiff, | ) ) | |
| Vs. | ) ) ) | ORDER |
| **SONJA DENSON,** | ) ) | |
| Defendant. | ) ) ) | |

**THIS MATTER** has come before the Court pursuant to a Notice of Settlement (#21) filed by the parties. In the filing, the parties report they have settled all matters in dispute and that a stipulation of dismissal is expected to be submitted within thirty (30) days from and after November 9, 2011.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the parties shall submit a Stipulation of Voluntary Dismissal on or before **December 12, 2011.**

Signed: November 21, 2011

Dennis L. Howell
United States Magistrate Judge